No. 90–1865.  HERMES v. SECRETARY OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1866.  FAGONE v. FAGONE.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–1868.  KERSEY v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 90–1869.  MARZOUCA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1870.  WISHING WELL LIMITED PARTNERSHIP v. SECURITY PACIFIC BUSINESS FINANCE CO.  C. A. 11th Cir.  Certiorari denied.

No. 90–1871.  AYOUB, INDEPENDENT EXECUTRIX OF THE ESTATE OF AYOUB v. TEXAS A & M UNIVERSITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–1872.  EMPLOYERS INSURANCE OF WAUSAU ET AL. v. MISSISSIPPI STATE HIGHWAY COMMISSION ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 90–1873.  BINGHAM ET AL. v. NATIONAL CREDIT UNION ADMINISTRATION BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 90–1876.  MORRIS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1877.  SINGAL v. GENERAL MOTORS CORP.  C. A. 6th Cir.  Certiorari denied.

No. 90–1878.  UNITED VAN LINES, INC. v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–1879.  MISSOURI v. ZANCAUSKE.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 90–1882.  ESTATE OF CARTER, THROUGH ITS DATIVE TESTAMENTARY EXECUTOR, TAGGART v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.